# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

* * *

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **vs** | ) | |
| **LUCINDA THOMAS,** | ) | **2:19-CR-00219-2-EEF** |
| **Defendant.** | ) | **ORDER APPOINTING COUNSEL** |

The individual named below, having testified under oath or having otherwise satisfied this Court that he (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and, because the interests of justice so require, the Court finds that the Defendant is indigent, therefore;

IT IS ORDERED that MICHAEL G. RIEHLMANN, ESQ. is hereby appointed to represent Defendant,  LUCINDA THOMAS.

New Orleans, Louisiana, this  12th  day of November 2019 .

_____

JOSEPH C WILKINSON JR

UNITED STATES MAGISTRATE JUDGE