UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 19-219 |
| VERSUS | SECTION : L (2) |
| DAMIAN K. LABEAUD, LUCINDA THOMAS, MARY WADE, JUDY WILLIAMS, DASHONTAE YOUNG, GENETTA ISREAL, MARIO SOLOMON and LARRY WILLIAMS | VIOLATION: 18:371, 18:1343, 18:2 |

NOTICE OF SENTENCING – Thomas, Wade, J. Williams - ONLY (from 7/21/22)

Take Notice that this criminal case has been reset for SENTENCING on THURSDAY, JANUARY 19, 2023, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-468, 500 Poydras Street, New Orleans, LA 70130.

**Important: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

Note: Photo I.D. is required to enter the building.
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date: June 23, 2022

TO:

DAMIAN K. LABEAUD  -  Bond
Steven Lemoine, Esq.
SteveLem@aol.com

LUCINDA THOMAS  -  Bond
Michael Riehlmann, Rsq.
mgriehlmann@hotmail.com

MARY WADE  -  Bond
Samuel Scillitani, Jr., Asst. FPD
Annalisa Miron, Asst. FPD

JUDY WILLIAMS    BOND
Ralph Whalen, Esq.
ralphswhalen@ralphswhalen.com

DASHONTAE YOUNG  -  Bond
Anna Friedberg, Esq.
afriedberglaw@gmail.com

**If you change address,
notify clerk of court
by phone, 504-589-7686**

CAROL L. MICHEL, CLERK

by: Dean Oser, Deputy Clerk

AUSA:  Brian Klebba, Edward J. Rivera, Brandon Long, Maria Carboni

U.S. Department of Justice – Jared L. Hasten

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: NONE

Special Agent Robert Orvin
Federal Bureau of Investigation

GENETTA ISRAEL   -   Bond
James Washington, III, Esq.
jwashington@attorneyjameswashington.com

LARRY WILLIAMS   -   Bond
C. Gary Wainwright, Esq.
cgarywainwright@gmail.com

MARIO SOLOMON   -   Custody
Bruce Ashley, II, Esq.
bashleylawyer@aol.com