MINUTE ENTRY
FALLON, J.
JANUARY 19, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 19-219 |
| LUCINDA THOMAS | SECTION: L (2) |

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances: AUSA Brian Klebba for government
           Michael Riehlmann, Esq., for the defendant
           Probation Officer

---

SENTENCING AS TO COUNT ONE OF THE SUPERSEDING INDICTMENT:

The defendant is present.

There were no objections to the PSI by the Government and the defendant's objections to the PSI were addressed by the Court.

Sentence: See Judgment in a Criminal Case.

Upon oral motion of the Government, all remaining counts were dismissed.

JS10:   :11