Lucinda L. Thomas
9271 Porta Prince ct.
Houma, La. 70363
985-860-4199
CASE# 19-219

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  Feb 20 2024

CAROL L. MICHEL
CLERK

AJ                                Mail

February 1, 2024

Dear Honorable Judge Falon,

I Hope this letter finds you well, I am writing to request an early release from probation formally. I believe that I have successfully completed the terms and conditions of my probation and have demonstrated significant personal growth and positive changes since the start of my probation period.

During my probation, I have diligently complied with all the requirements imposed upon me. I spoke to my probation officer Mr. Johnny Alexandria; he says he's in favor of my early release.

I kindly request that you consider my early release from probation. I understand that this decision is ultimately at your discretion, and I will remain fully accountable for my actions even after the termination of my probation period.

I am willing to provide any additional information or documentation or attend a hearing if necessary.

Thank you for your time and consideration, I am confident in my ability to move forward responsibility and law-abidingly. I look forward to your favorable response regarding my request for early release from probation.

Sincerely,

*Lucinda L. Thomas*

Lucinda L. Thomas

TENDERED FOR FILING

FEB 20 2024

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Thomas
271 Port Au Prince St
Houma, La 70363

Judge Eldon Fallon
500 Poydras St,
Room 456
New Orleans, La 70130

NEW ORLEANS LA 700
7 FEB 2024 PM 1 L

7013 0910 0001 8565 0