UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| V. | NO. 19-219 |
| LUCINDA THOMAS | SECTION "L" |

## ORDER

Considering *pro se* Defendant Lucinda Thomas' Motion for Early Termination of Supervised Release;

**IT IS ORDERED** that the Government file a response to the aforementioned motion by Wednesday, March 20, 2024. The motion will be taken under submission on the briefs.

New Orleans, Louisiana, this 20th day of February, 2024.

_____
United States District Judge