UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | CASE NO. 19-219 |
| v. | * | SECTION: "L" |
| **LUCINDA THOMAS** | * | |
| | * * * | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT LUCINDA THOMAS' MOTION FOR EARLY TERMINATION OF PROBATION

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this opposition to defendant's Motion for Early Termination of Probation.

On December 5, 2019, defendant Lucinda Thomas ("Thomas") was charged in a superseding indictment with violations of Title 18, United States Code, Sections 371 (Conspiracy to Commit Wire Fraud) and 1343 (Wire Fraud). Rec. Doc. 60. On January 30, 2020, Thomas entered a plea of guilty to Count 1, Conspiring to Commit Wire Fraud. Rec. Doc. 112. On January 19, 2023, this Court sentenced Thomas to a term of probation for five years. Rec. Doc. 345.

On February 20, 2024, Thomas sent correspondence to this Court requesting early termination from her probation. Rec. Doc. 395. In her request, Thomas claims her "probation officer Mr. Johnny Alexandria [sic]; he says he's in favor of my release." *Id.* On February 26, 2024, the undersigned spoke with Ms. Alexander, who disclosed that she was transferred Thomas' supervision in November 2023 from another probation officer who moved. According to Thomas' current probation officer, she had interaction with Thomas on one occasion so far.

As noted *supra*, Thomas was placed on probation on January 19, 2023. Therefore, Thomas has only completed approximately fourteen months of her five-year term of probation.

Based on the above, the government cannot agree to early termination of Thomas' probation at this time.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY

/s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
E-Mail: brian.klebba@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing by first-class mail to Lucinda Thomas, 9271 Porta Prince Ct., Houma, LA, by placement in the United States Mail, postage prepaid and properly addressed, this 4th day of March, 2024.

/s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney