UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
|---|---|---|
| VERSUS | * | NO. 19-219 |
| LUCINDA THOMAS | * | SECTION L |

## ORDER & REASONS

Before the Court is Defendant Lucinda Thomas' motion for early termination of probation, R. Doc. 395. The Government filed an opposition, R. Doc. 398. Having considered the briefing and the applicable law, the Court now rules as follows.

I.   BACKGROUND

On January 30, 2020, Defendant Lucinda Thomas appeared before the Court and pleaded guilty to Count 1 of a Superseding Indictment, which charged her with conspiracy to commit wire fraud, in violation of 18 U.S.C. § 371. R. Docs. 60, 112. On January 19, 2023, this Court sentenced Thomas to five years of probation. R. Doc. 345.

On February 20, 2024, Thomas sent a letter to the Court requesting early termination of her probation. R. Doc. 395. Since being placed on probation, Thomas "believe[s] that [she] ha[s] successful completed the terms and conditions of [her] probation and [has] demonstrated significant personal growth and positive changes." She further states that she has been complaint with the terms imposed on her and that her probation officer is in favor of her release. Accordingly, she requests that this Court terminate her probation after serving approximately fourteen months of her five-year term of probation.

In opposition, the Government argues that Thomas has not served a significant portion of her probation. R. Doc. 398. Further, counsel for the Government spoke with Thomas' probation officer, who explained that she has only interacted with Thomas once because she was recently

transferred to her supervision. *Id.* For the reasons, the Government opposes Thomas' request for early termination of her probation.

## II. APPLICABLE LAW

Title 18, § 3564(c) of the United States Code provides that a defendant who has served at least one year of probation may be eligible for early termination of probation in the court's discretion. However, a court may allow early termination only "after considering the factors set forth in section 3553(a)" and "if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice." 18 U.S.C. § 3564(c). Some of the factors to be considered under 18 U.S.C. § 3553(a) include:

> the nature and circumstances of the offense and the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense . . . promote respect for the law . . . provide just punishment for the offense . . . afford adequate deterrence to criminal conduct . . . protect the public from further crimes of the defendant,. . .

Further, "[c]ourts have generally held that something more than compliance with the terms of probation is required to justify early termination; early termination is usually granted only in cases involving changed circumstances, such as exceptionally good behavior." *United States v. Smith*, No. 10-53, 2014 WL 68796, at *1 (S.D. Miss. Jan. 8, 2014). Mere compliance with the terms of probation does not constitute exceptionally good behavior. *United States v. Hartman*, No. 00-228, 2013 WL 524257, at *2 (N.D. Tex. Jan. 18, 2013) (internal citation ommitted). Circumstances justifying early termination of probation arise only "occasionally." *United States v. Lussier*, 104 F.3d 32, 36 (2d Cir. 1997).

## III. DISCUSSION

Considering the relevant factors listed in 18 U.S.C. § 3553(a), Thomas' remaining probation time is necessary to reflect the seriousness of the offense, provide just punishment, and

provide adequate deterrence her criminal conduct. Thomas was a co-conspirator in a fraudulent scheme to obtain monetary damages from a staged automobile accident. Cutting Thomas' probation term over 75% would render her sentence too lenient. While Thomas' personal growth is laudable, it alone does not overcome the need for her original sentence to be carried out.

### IV. CONCLUSION

For the foregoing reasons,

**IT IS ORDERED** that Defendant Lucinda Thomas' Motion for Early Termination of Probation, R. Doc. 395, is **DENIED**.

New Orleans, Louisiana, this 20th day of March, 2024.

_____
United States District Judge