Lucinda L. Thomas
9261 Golden Gate Ct.
Houma, La. 70363
985-860-4199
Case # 19-219

February 3, 2025

Dear Honorable Judge Falon,

I Hope this letter finds you well, I am writing to request an early release from probation formally. I believe that I have successfully completed the terms and conditions of my probation and have demonstrated significant personal growth and positive changes since the start of my probation period.

During my probation, I have diligently complied with all the requirements imposed upon me. I spoke to my probation officer Mr. Johnny Alexandria; he says he's in favor of my early release.

I kindly request that you consider my early release from probation. I understand that this decision is ultimately at your discretion, and I will remain fully accountable for my actions even after the termination of my probation period.

I am willing to provide any additional information or documentation or attend a hearing if necessary.

Thank you for your time and consideration, I am confident in my ability to move forward responsibility and law-abidingly. I look forward to your favorable response regarding my request for early release from probation.

Sincerely,

*Lucinda L. Thomas*

Lucinda L. Thomas

