**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 19-219** |
| v. | * | **SECTION: "L"** |
| **LUCINDA THOMAS** | * | |

\* \* \*

**GOVERNMENT'S RESPONSE TO DEFENDANT LUCINDA
THOMAS' MOTION FOR EARLY TERMINATION OF PROBATION**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully submits this response to defendant's Motion for Early Termination of Probation. Rec. Doc. 416.

On February 14, 2025, the undersigned Assistant United States Attorney learned from U.S. Probation Officer Johnny Alexander that he has no objection to the defendant's request for early termination of her probation. Further, Officer Alexander represented that Ms. Thomas does not have an outstanding restitution balance in this matter.

Accordingly, the government does not object to defendant Thomas's motion for early termination of probation.

Respectfully submitted,

MICHAEL M. SIMPSOM
ACTING UNITED STATES ATTORNEY

/s/ *Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3079
E-Mail: brian.klebba@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Brian M. Klebba*
BRIAN M. KLEBBA
Assistant United States Attorney