# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 19-219** |
| | * | |
| **LUCINDA THOMAS** | * | **SECTION L(3)** |

## ORDER

Before the Court is Defendant Lucinda Thomas' motion for early termination of probation. R. Doc. 416. The Government does not oppose. R. Doc. 417. Accordingly,

**IT IS HEREBY ORDERED** that the Defendant's motion is **GRANTED** and her term of probation be terminated early.

New Orleans, Louisiana, this 18th day of February, 2025.